# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>                Defendants. | C.A. No. 22-496 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| CORRIGENT CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | C.A. No. 22-497 (RGA)<br><br>**JURY TRIAL DEMANDED** |

## APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF

### (VOLUME I OF II)

ASHBY & GEDDES
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*
*Dell Technologies Inc. and Dell Inc.*

MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant Arista Networks, Inc.*

Dated: March 4, 2024

# TABLE OF EXHIBITS[1]

| Exhibit | Description |
|---|---|
| Ex. 1 | Declaration of Andrew C. Mayo |
| Ex. 1A | Excerpt from the prosecution history for U.S. Patent No. 6,957,369, Response to Office Action, dated February 2, 2005 |
| Ex. 1B | Excerpt from the prosecution history for U.S. Patent No. 6,957,369, Notice of Allowance, dated June 10, 2005 |
| Ex. 1C | *Corrigent Corp. v. Cisco Sys. Inc.*, 6:22-cv-00396-ADA (W.D. Tex.), Dkt. 69 (March 21, 2023) |
| Ex. 1D | *Corrigent Corp. v. Cisco Sys. Inc.*, 6:22-cv-00396-ADA (W.D. Tex.), Dkt. 49 (December 16, 2022). |
| Ex. 2 | Declaration of Dr. James Olivier in Support of Corrigent's Opening Claim Construction Brief, dated January 9, 2024 |
| Ex. 2A | Curriculum Vitae of Dr. James Olivier |
| Ex. 2B | U.S. Patent No. 5,420,985 |
| Ex. 2C | RFC4026, *Provider Provisioned Virtual Private Network (VPN) Terminology*, dated March 2005 |
| Ex. 3 | Declaration of Andrew C. Mayo |
| Ex. 3A | *Dell Technologies Inc. et al v. Corrigent Corporation*, IPR2023-00370, Petition, Paper 1, December 23, 2022 |
| Ex. 3B | *Dell Technologies Inc. et al v. Corrigent Corporation*, IPR2023-00370, Exhibit 1003, Declaration of Dr. Bambos, December 23, 2022 |
| Ex. 3C | *Arista Networks, Inc., v. Corrigent Corporation*, IPR2023-00805, Petition for IPR of the '400 Patent, Paper 2, April 3, 2023 |
| Ex. 3D | *Arista Networks, Inc., v. Corrigent Corporation*, IPR2023-00805, Exhibit 1003, Declaration of Dr. Lavian, April 3, 2023 |
| Ex. 3E | Excerpt of Ramesh Ponnapalli Deposition Transcript taken on October 11, 2023 in *Corrigent Corporation v. Cisco Systems, Inc.*, 6:22-cv-00396 (W.D. Tex.) |
| Ex. 4 | Supplemental Declaration of Dr. James Olivier Regarding Claim Construction, dated February 22, 2024 |
| Ex. 4A | IEEE Std 802.1Q-1998, Virtual Bridged Local Area Networks |
| Ex. 4B | Lasserre et al. Virtual Private LAN Services over MPLS, IETF draft-ietf-12vpn-vpls-1dp-08.txt, November 2005 |

---

[1] Plaintiff's exhibits listed first, followed by Defendants' exhibits.

| Exhibit | Description |
|---|---|
| Ex. 4C | DeCusatis, Fiber Optic Data Communication Technological Trends and Advances, Academic Press, 2002 |
| Ex. 4D | RCA Engineer, Vol. 30, No. 1, Jan./Feb. 1985 |
| Ex. 4E | Excerpt of Leon Bruckman Deposition Transcript taken on November 2, 2023 in *Corrigent Corporation v. Cisco Systems, Inc.*, 6:22-cv-00396 (W.D. Tex.) |
| Ex. 4F | IEEE Std. 896.1-1991, *IEEE Standard for Futurebus+ - Logical Protocol Specification*, September 26, 1991 |
| A | Rebuttal Declaration of Dr. William R. Michalson ("Michalson") |
| B | *Idle*, *Subsidiary*, Collins English Dictionary, Harper Collins (5th ed. 2000) |
| C | *Idle*, *Subsidiary*, Random House Webster's Unabridged Dictionary (2d ed. 2001) |
| D | *Subsidiary*, Funk & Wagnalls New Int'l Dictionary of the English Language (2000) |
| E | *Corrigent Corp. v. Cisco Sys., Inc.*, No. 6:22-cv-00369-ADA, Dkt. 69 (W.D. Tex. Mar. 21, 2023) |
| F | *Back*, The American Heritage Dictionary of the English Language (4th ed. 2000) |
| G | *Back*, Oxford English Dictionary (2023), *available at* https://www.oed.com/dictionary/back_adv?tab=meaning_and_use#30512240 |
| H | *Backplane*, The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000) |
| I | *Backplane*, Novell's Complete Encyclopedia of Networking (1st ed. 1995) |
| J | Supplemental Rebuttal Declaration of Dr. William Michalson, dated February 29, 2024 |