# EXHIBIT B

# COLLINS ENGLISH DICTIONARY



HarperCollins*Publishers*

HarperCollins Publishers
Westerhill Road, Bishopbriggs, Glasgow G4 0NB

First Edition 1979
Second Edition 1986
Third Edition 1991
Third Edition Updated 1994
Fourth Edition 1998
**Fifth Edition 2000**

© HarperCollins Publishers 1979, 1986, 1991, 1994, 1998, 2000

9 8 7 6 5 4 3

Standard Edition                      ISBN 0-00-472529-8
Thumb-indexed Edition                 ISBN 0-00-472531-X
Australian Standard Edition           ISBN 0-00-472530-1
Australian Thumb-indexed Edition      ISBN 0-00-472532-8

A catalogue record for this book is
available from the British Library.

Collins® and Bank of English® are registered trademarks of
HarperCollins Publishers Limited.

The HarperCollins website address is www.**fire**and**water**.com

This edition prepared in conjunction with Market House Books Ltd, Aylesbury, England

Typographical design by Kerry Aylin
Wrapper design by Lynsey Roxburgh

Typeset by Market House Books Ltd, Aylesbury, England

Printed and bound in Great Britain by Omnia Books Ltd, Glasgow

Collins English dictionary.
5th Australian ed. updated
ISBN 0 00 472532-8 (thumbed index).
ISBN 0 00 472530-1.

1. English language – Dictionaries. 2. English language –
Australia – Dictionaries. I. Wilkes, G. A. (Gerald Alfred),
1927– . II. Krebs, W. A. (William Alwyn). III. Ramson,
W. S. (William Stanley), 1933–

423

**Corpus Acknowledgments**

We would like to thank those authors and publishers who kindly gave permission for copyright material to be used in the Bank of English. We would also like to thank Times Newspapers Ltd for providing valuable data.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.
Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

0497-RGA   Document 83-4   Filed 03/04/24   Page 4 of 5 PageID #: 3712

**idiot box** *n Slang.* a television set.

**idiotic** (ˌɪdɪˈɒtɪk) *adj* of or resembling an idiot; foolish; senseless. ► ˌidiˈotically *adv* ► ˌidiˈoticalness *n*

**idiotism** (ˈɪdɪəˌtɪzəm) *n* 1 an archaic word for **idiocy**. 2 an obsolete word for **idiom**.

**idiot savant** (ˈiːdjəʊ sæˈvɑ̃, ˈɪdɪət ˈsævənt) *n, pl* **idiots savants** (ˈiːdjəʊ sæˈvɑ̃) *or* **idiot savants**. a person of subnormal intelligence who performs brilliantly at some specialized intellectual task, such as giving the day of the week for any calendar date past or present. [C19: from French: knowledgeable idiot]

**idiot tape** *n Printing.* an input tape for a typesetting machine that contains text only, the typographical instructions being supplied by the typesetting machine itself.

**idle** (ˈaɪdəl) *adj* 1 unemployed or unoccupied; inactive. 2 not operating or being used. 3 (of money) not being used to earn interest or dividends. 4 not wanting to work; lazy. 5 (*usually prenominal*) frivolous or trivial: *idle pleasures*. 6 ineffective or powerless; fruitless; vain. 7 without basis; unfounded. ♦ *vb* 8 (when *tr*, often foll. by *away*) to waste or pass (time) fruitlessly or inactively: *he idled the hours away*. 9 (*intr*) to loiter or move aimlessly. 10 (*intr*) (of a shaft, etc.) to turn without doing useful work. 11 (*intr*) Also (Brit.): **tick over.** (of an engine) to run at low speed with the transmission disengaged. 12 (*tr*) *U.S. and Canadian.* to cause to be inactive or unemployed. [Old English *īdel*; compare Old High German *ītal* empty, vain] ► ˈidleness *n* ► ˈidly *adv*

**idle pulley** *or* **idler pulley** *n* a freely rotating trolley used to control the tension or direction of a belt. Also called: **idler**.

**idler** (ˈaɪdlə) *n* 1 a person who idles. 2 another name for **idle pulley** *or* **idle wheel.** 3 *Nautical.* a ship's crew member, such as a carpenter, sailmaker, etc., whose duties do not include standing regular watches.

**idler shaft** *n* a shaft carrying one or more gearwheels that idles between a driver shaft and a driven shaft, usually to reverse the direction of rotation or provide different spacing of gearwheels, esp. in a gearbox.

**idle time** *n Commerce.* time during which a machine or a worker could be working but is not, as when one job has been completed and tooling or materials for the next are not complete or available. Compare **downtime.**

**idle wheel** *n* a gearwheel interposed between two others to transmit torque without changing the direction of rotation to the velocity ratio. Also called: **idler.**

**IDN** *abbrev. for* in Dei nomine. Also: **IND.** [Latin: in the name of God]

**Ido** (ˈiːdəʊ) *n* an artificial language; a modification of Esperanto. [C20: offspring, from Greek *-id* daughter of]

**idocrase** (ˈaɪdəˌkreɪs, -ɪd-) *n* another name for **vesuvianite**. [C19: from French, from Greek *eidos* form + *krasis* a mingling]

**idol** (ˈaɪdəl) *n* 1 a material object, esp. a carved image, that is worshipped as a god. 2 *Christianity, Judaism.* any being (other than the one God) to which divine honour is paid. 3 a person who is revered, admired, or highly loved. [C13: from Late Latin *īdōlum*, from Latin: image, from Greek *eidōlon*, from *eidos* shape, form]

**idolatrize** *or* **idolatrise** (aɪˈdɒləˌtraɪz) *vb* 1 (*tr*) a less common word for **idolize**. 2 (*intr*) to indulge in the worship of idols. ► iˈdolaˌtrizer *or* iˈdolaˌtriser *n*

**idolatry** (aɪˈdɒlətrɪ) *n* 1 the worship of idols. 2 great devotion or reverence. ► iˈdolater *n or* iˈdolatress *fem n* ► iˈdolatrous *adj* ► iˈdolatrously *adv* ► iˈdolatrousness *n*

**idolize** *or* **idolise** (ˈaɪdəˌlaɪz) *vb* 1 (*tr*) to admire or revere greatly. 2 (*tr*) to worship as an idol. 3 (*intr*) to worship idols. ► iˈdolism, ˌidoliˈzation *or* ˌidoliˈsation *n* ► ˈidolist, ˈidolˌizer *or* ˈidolˌiser *n*

**idolum** (ɪˈdəʊləm) *n* 1 a mental picture; idea. 2 a false idea, fallacy. [C17: from Latin: IDOL]

**Idomeneus** (aɪˈdɒmɪˌnjuːs) *n Greek myth.* a king of Crete who fought on the Greek side in the Trojan War.

**IDP** *abbrev. for* integrated data processing.

**Id-ul-Adha** (ˈiːdʊlˌɑːdə) *n* an annual Muslim festival marking the end of the pilgrimage to Mecca. Animals are sacrificed and their meat shared among the poor. [from Arabic *id ul adha* festival of sacrifice]

**Id-ul-Fitr** (ˌɪdˌʊlˈfɪtər) *n* an annual Muslim festival marking the end of Ramadan, involving the exchange of gifts and a festive meal. [from Arabic *id ul fitr* festival of fast-breaking]

**Idun** (ˈiːdʊn) *or* **Ithunn** *n Norse myth.* the goddess of spring who guarded the apples that kept the gods eternally young; wife of Bragi.

**idyll** *or U.S.* (*sometimes*) **idyl** (ˈɪdɪl) *n* 1 a poem or prose work describing an idealized rural life, pastoral scenes, etc. 2 any simple narrative or descriptive piece in poetry or prose. 3 a charming or picturesque scene or event. 4 a piece of music with a calm or pastoral character. [C17: from Latin *īdyllium*, from Greek *eidullion*, from *eidos* shape, (literary) form]

**idyllic** (ɪˈdɪlɪk, aɪ-) *adj* 1 of or relating to an idyll. 2 charming; picturesque. ► iˈdyllically *adv*

**idyllist** *or U.S.* **idylist** (ˈɪdɪlɪst) *n* a writer of idylls.

**IE** *abbrev. for* Indo-European (languages).

**i.e.** *abbrev. for* id est. [Latin: that is (to say); in other words]

**-ie** *suffix forming nouns.* a variant of **-y**[2].

**iechyd da** (ˈjækiːˌdɑː; *Welsh* ˈjɛxɪd dɑː) *interj Welsh.* a drinking toast; good health; cheers. [Welsh: good health]

**IEE** *abbrev. for* Institution of Electrical Engineers.

**Ieper** (ˈiːpər) *n* the Flemish name for **Ypres**.

**-ier** *suffix forming nouns.* a variant of **-eer**: *brigadier*. [from Old English *-ere*[1] or (in some words) from Old French *-ier*, from Latin *-ārius* -ARY]

**Ieyasu** (ˌiːjɛˈjɑːsuː) *n* a variant spelling of (Tokugawa) **Iyeyasu.**

**if** (ɪf) *conj* (*subordinating*) 1 in case that, or on condition that: *if you try hard it might work; if he were poor, would you marry him?* 2 used to introduce an indirect question. In this sense, *if* approaches the meaning of *whether*. 3 even though: *an attractive if awkward girl.* 4a used to introduce expressions of desire, with *only*: *if I had only known.* 4b used to introduce exclamations of surprise, dismay, etc.: *if this doesn't top everything!* 5 as if. as it would be if; as though: *he treats me as if I were junior to him.* ♦ *n* 6 an uncertainty or doubt: *the big if is whether our plan will work at all.* 7 a condition or stipulation: *I won't have any ifs or buts.* [Old English *gif*; related to Old Saxon *ef* if, Old High German *iba* whether, if]

**IF** *or* **i.f.** *Electronics. abbrev. for* intermediate frequency.

**IFA** *abbrev. for* independent financial adviser.

**IFC** *abbrev. for* International Finance Corporation.

**Ife** (ˈiːfɪ) *n* a town in W central Nigeria: one of the largest and oldest Yoruba towns; university (1961); centre of the cocoa trade. Pop.: 296 800 (1996 est.).

**-iferous** *suffix forming adjectives.* containing or yielding: *carboniferous*.

**iff** (ɪf) *conj Logic.* a shortened form of *if and only if*: it indicates that the two sentences so connected are necessary and sufficient conditions for one another. Usually *iff* is used for equivalence in the metalanguage, rather than as the biconditional in the object language.

**IFF** *Military abbrev. for* Identification, Friend or Foe: a system using radar transmissions to which equipment carried by friendly forces automatically responds with a precoded signal.

**iffy** (ˈɪfɪ) *adj Informal.* uncertain or subject to contingency: *this scheme sounds a bit iffy.* [C20: from IF + -Y[1]]

**Ifni** (*Spanish* ˈifni) *n* a former Spanish province in S Morocco, on the Atlantic: returned to Morocco in 1969.

**IFR** *Aeronautics. abbrev. for* instrument flying regulations.

**IFS** *abbrev. for* Irish Free State (now called Republic of Ireland).

**-ify** *suffix forming verbs.* a variant of **-fy**: *intensify*. ► **-ification** *suffix forming nouns.*

**IG** *abbrev. for:* 1 Indo-Germanic (languages). 2 Inspector General.

**Igbo** (ˈiːbəʊ) *n, pl* **-bo** *or* **-bos.** a variant spelling of **Ibo.**

**Igdrasil** (ˈɪgdrəsɪl) *n* a variant spelling of **Yggdrasil.**

**IGFET** (ˈɪgfɛt) *n* insulated-gate field-effect transistor; a type of field-effect transistor having one or more semiconductor gate electrodes. Compare **JFET.**

**igloo** *or* **iglu** (ˈɪgluː) *n, pl* **-loos** *or* **-lus.** 1 a dome-shaped Eskimo house, usually built of blocks of solid snow. 2 a hollow made by a seal in the snow over its breathing hole in the ice. [C19: from Eskimo *iglu* house]

**IGM** *Chess. abbrev. for* International Grandmaster.

**ign.** *abbrev. for:* 1 ignites. 2 ignition. 3 ignotus. [Latin: unknown]

**Ignatiev** (ɪgˈnɑːtjɛf) *n* Count **Nikolai Pavlovich.** 1832–1908, Russian diplomat and politician. As ambassador to Turkey (1864–77), he negotiated the Treaty of San Stefano (1878) ending the Russo-Turkish War.

**Ignatius** (ɪgˈneɪʃəs) *n* **Saint,** surnamed *Theophorus.* died ?110 A.D., bishop of Antioch. His seven letters, written on his way to his martyrdom in Rome, give valuable insight into the early Christian Church. Feast day: Oct. 17 or Dec. 17 or 20.

**Ignatius Loyola** (lɔɪˈəʊlə) *n* **Saint.** 1491–1556, Spanish ecclesiastic. He founded the Society of Jesus (1534) and was its first general (1541–56). His *Spiritual Exercises* (1548) remains the basic manual for the training of Jesuits. Feast day: July 31.

**igneous** (ˈɪgnɪəs) *adj* 1 (of rocks) derived from magma or lava that has solidified on or below the earth's surface. Compare **sedimentary, metamorphic** (sense 2). 2 of or relating to fire. [C17: from Latin *igneus* fiery, from *ignis* fire]

**ignescent** (ɪgˈnɛsənt) *adj* 1 giving off sparks when struck, as a flint. 2 capable of bursting into flame. ♦ *n* 3 an ignescent substance. [C19: from Latin *ignescere* to become inflamed]

**ignimbrite** (ˈɪgnɪmˌbraɪt) *n* a rock formed by the deposition at high temperature and the consolidation of a nuée ardente, being a complicated mixture of volcanic materials welded together by heat, hot gases, and pressure. Also called: **welded tuft.** See **tuft.** [C20: from Latin *ign(is)* fire + *imbr(is), imber* shower of rain + -ITE[1]]

**ignis fatuus** (ˈɪgnɪs ˈfætjʊəs) *n, pl* **ignes fatui** (ˈɪgniːz ˈfætjʊˌaɪ). another name for **will-o'-the-wisp.** [C16: from Medieval Latin, literally: foolish fire]

**ignite** (ɪgˈnaɪt) *vb* 1 to catch fire or set fire to; burn or cause to burn. 2 (*tr*) *Chem.* to heat strongly. [C17: from Latin *ignīre* to set alight, from *ignis* fire] ► igˈnitable *or* igˈnitible *adj* ► ˌig,nitaˈbility *or* ˌig,nitiˈbility *n*

**igniter** (ɪgˈnaɪtə) *n* 1 a person or thing that ignites. 2 a fuse to fire explosive charges. 3 an electrical device for lighting a gas turbine. 4 a subsidiary electrode in an ignitron.

**ignition** (ɪgˈnɪʃən) *n* 1 the act or process of initiating combustion. 2 the process of igniting the fuel in an internal-combustion engine. 3 (*usually preceded by the*) the devices used to ignite the fuel in an internal-combustion engine.

**ignition coil** *n* an induction coil that supplies the high voltage to the sparking plugs of an internal-combustion engine.

**ignition key** *n* the key used in a motor vehicle to turn the switch that connects the battery to the ignition system and other electrical devices.

**ignitron** (ɪgˈnaɪtrɒn, ˈɪgnɪˌtrɒn) *n* a mercury-arc rectifier controlled by a subsidiary electrode, the igniter, partially immersed in a mercury cathode. A current passed between igniter and cathode forms a hot spot sufficient to strike an arc between cathode and anode. [C20: from IGNITER + ELECTRON]

**ignoble** (ɪgˈnəʊbəl) *adj* 1 dishonourable; base; despicable. 2 of low birth or origins; humble; common. 3 of low quality; inferior. 4 *Falconry.* 4a designating short-winged hawks that capture their quarry by swiftness and adroitness of flight. Compare **noble** (sense 7). 4b designating quarry which is inferior or unworthy of pursuit by a particular species of hawk or falcon. [C16: from Latin *ignōbilis*, from IN-[1] + Old Latin *gnōbilis* NOBLE] ► ˌignoˈbility *or* igˈnobleness *n* ► igˈnobly *adv*

**ignominy** (ˈɪgnəˌmɪnɪ) *n, pl* **-minies.** 1 disgrace or public shame; dishonour.

This material may be protected by Copyright law (Title 17 U.S. Code)

**submontane** *to*) to refer (something to someone) for judgment or consideration: *to submit a claim*. **4** (*tr; may take a clause as object*) to state, contend, or propose deferentially. **5** (*intr;* often foll. by *to*) to defer or accede (to the decision, opinion, etc., of another). [C14: from Latin *submittere* to place under, from sub- + *mittere* to send] ▶ sub'mittable *or* sub'missible *adj* ▶ sub'mittal *n* ▶ sub'mitter *n*

**submontane** (sʌb'monteɪn) *adj* 1 situated on or characteristic of the lower slopes of a mountain. 2 beneath a mountain or mountain range. [C19: from Latin sub- + *mōns* mountain] ▶ sub'montanely *adv*

**submucosa** (ˌsʌbmjuː'kəʊsə) *n, pl* -cosae (-'kəʊsiː). *Anatomy*. the connective tissue beneath a mucous membrane.

**submultiple** (sʌb'mʌltɪpᵊl) *n* 1 a number that can be divided into another number an integral number of times without a remainder: *three is a submultiple of nine*. ◆ *adj* 2 being a submultiple of a quantity or number.

**subnormal** (sʌb'nɔːməl) *adj* 1 less than the normal. 2 having a low intelligence, esp. having an IQ of less than 70. ◆ *n* 3 a subnormal person. ▶ sub'normality (ˌsʌbnɔː'mælɪtɪ) *n* ▶ sub'normally *adv*

**subnuclear** (sʌb'njuːklɪə) *adj* 1 of or relating to particles within the nucleus of an atom. 2 of a lesser level of organization than the nucleus of an atom.

**suboceanic** (sʌbˌəʊʃɪ'ænɪk) *adj* formed or situated beneath the ocean or ocean floor.

**suborbital** (sʌb'ɔːbɪtᵊl) *adj* 1 (of a rocket, missile, etc.) having a flight path that is less than one complete orbit of the earth or other celestial body. 2 *Anatomy*. situated beneath the orbit of the eye.

**suborder** ('sʌbˌɔːdə) *n Biology*. a taxonomic group that is a subdivision of an order. ▶ sub'ordinal *adj*

**subordinary** (sʌb'ɔːdɪnərɪ, -dɪnrɪ) *n, pl* -naries. any of several heraldic bearings of secondary importance to the ordinary, such as the lozenge, the orle, and the fret.

**subordinate** *adj* (sə'bɔːdɪnɪt). 1 of lesser order or importance. 2 under the authority or control of another: *a subordinate functionary*. ◆ *n* (sə'bɔːdɪnɪt). 3 a person or thing that is subordinate. ◆ *vb* (sə'bɔːdɪˌneɪt). (*tr;* usually foll. by *to*) 4 to put in a lower rank or position (than). 5 to make subservient: *to subordinate mind to heart*. [C15: from Medieval Latin *subordināre*, from Latin sub- + *ordō* rank] ▶ sub'ordinately *adv* ▶ subˌordi'nation *or* sub'ordinateness *n* ▶ sub'ordinative *adj*

**subordinate clause** *n Grammar*. a clause with an adjectival, adverbial, or nominal function, rather than one that functions as a separate sentence in its own right. Compare **coordinate clause, main clause.**

**subordinated debt** *n Commerce*. a debt that an unsecured creditor can only claim, in the event of a liquidation, after the claims of secured creditors have been paid.

**subordinating conjunction** *n* a conjunction that introduces subordinate clauses, such as *if, because, although,* and *until*. Compare **coordinating conjunction.**

**subordinationism** (səˌbɔːdɪ'neɪʃəˌnɪzəm) *n* either of two interpretations of the doctrine of the Trinity, often regarded as heretical, according to which the Son is subordinate to the Father or the Holy Ghost is subordinate to both. ▶ subˌordi'nationist *n*

**suborn** (sə'bɔːn) *vb* (*tr*) 1 to bribe, incite, or instigate (a person) to commit a wrongful act. 2 *Criminal law*. to induce (a witness) to commit perjury. [C16: from Latin *subornāre*, from *sub-* secretly + *ornāre* to furnish] ▶ **subornation** (ˌsʌbɔː'neɪʃən) *n* ▶ **subornative** (sʌ'bɔːnətɪv) *adj* ▶ sub'orner *n*

**Subotica** (*Serbo-Croat* 'subotitsa) *n* a town in NE Yugoslavia, in Serbia near the border with Hungary: agricultural and industrial centre. Pop.: 100 386 (1991). *Hungarian name:* **Szabadka**.

**suboxide** (sʌb'ɒksaɪd) *n* an oxide of an element containing less oxygen than the common oxide formed by the element: *carbon suboxide, $C_3O_2$*.

**subphylum** (sʌb'faɪləm) *n, pl* -la (-lə). *Biology*. a taxonomic group that is a subdivision of a phylum. ▶ sub'phylar *adj*

**subplot** ('sʌbˌplɒt) *n* a subordinate or auxiliary plot in a novel, play, film, etc.

**subpoena** (səb'piːnə) *n* 1 a writ issued by a court of justice requiring a person to appear before the court at a specified time. ◆ *vb* -nas, -naing, -naed. 2 (*tr*) to serve with a subpoena. [C15: from Latin: under penalty]

**subpopulation** (ˌsʌbpɒpjʊ'leɪʃən) *n Statistics*. a subgroup of a statistical population.

**sub-post office** *n* (in Britain) a post office run by a **sub-postmaster** or **sub-postmistress** as a self-employed agent for the Post Office.

**subprincipal** (sʌb'prɪnsɪpᵊl) *n* a vice-principal in a college, etc.

**subprogram** ('sʌbˌprəʊgræm) *n Computing*. a part of a program that can be designed and tested independently.

**subregion** (sʌb'riːdʒən) *n* a subdivision of a region, esp. a zoogeographical or ecological region. ▶ sub'regional *adj*

**subreption** (səb'rɛpʃən) *n* 1 *Now rare*. the concealment of facts in order to obtain a benefit, esp. an ecclesiastical benefit or, in Scots Law, a grant from the Crown. Compare **obreption**. 2 any deceitful misrepresentation or concealment of facts. [C17: from Latin *subreptiō* theft, from *subripere,* from *sub-* secretly + *rapere* to seize] ▶ **subreptitious** (ˌsʌbrɛp'tɪʃəs) *adj*

**subrogate** ('sʌbrəˌgeɪt) *vb* (*tr*) *Law*. to put (one person or thing) in the place of another in respect of a right or claim. [C16: from Latin *subrogāre,* from *sub-* in place of + *rogāre* to ask]

**subrogation** (ˌsʌbrə'geɪʃən) *n Law*. the substitution of one person or thing for another, esp. the placing of a surety who has paid the debt in the place of the creditor, entitling him to payment from the original debtor.

**sub rosa** ('rəʊzə) *adv* in secret. [Latin, literally: under the rose; from the rose that, in ancient times, was hung over the council table, as a token of secrecy]

**subroutine** ('sʌbruːˌtiːn) *n* a section of a computer program that is stored only once but can be used when required at several different points in the program, thus saving space. *Also called:* **procedure**.

**sub-Saharan** *adj* in, of, or relating to Africa south of the Sahara desert.

**subscapular** (sʌb'skæpjʊlə) *adj* 1 (of a muscle or artery) situated beneath the scapula. ◆ *n* 2 any subscapular muscle or artery.

**subscribe** (səb'skraɪb) *vb* 1 (usually foll. by *to*) to pay or promise to pay (a sum of money) as a contribution (to a fund or charity, for a magazine, etc.), esp. at regular intervals. 2 to inscribe or sign (one's name, etc.) at the end of a contract, will, or other document. 3 (*intr;* foll. by *to*) to give support or approval: *to subscribe to the theory of transubstantiation*. [C15: from Latin *subscrībere* to write underneath, from sub- + *scrībere* to write] ▶ sub'scriber *n*

**subscriber trunk dialling** *n Brit*. a service by which telephone subscribers can obtain trunk calls by dialling direct without the aid of an operator. *Abbrev.:* **STD**. *U.S. and Canadian equivalent:* **direct distance dialing**.

**subscript** ('sʌbˌskrɪpt) *adj* 1 *Printing*. (of a character) written or printed below the line. Compare **superscript**. ◆ *n* 2 *Also called:* **subindex**. a subscript character.

**subscription** (səb'skrɪpʃən) *n* 1 a payment or promise of payment for consecutive issues of a magazine, newspaper, book, etc., over a specified period of time. **2a** the advance purchase of tickets for a series of concerts, operas, etc. **2b** (*as modifier*): *a subscription concert*. 3 an amount of money paid or promised, as to a charity, or the fund raised in this way. 4 an offer to buy shares or bonds issued by a company. 5 the act of signing one's name to a document, etc. 6 a signature or other appendage attached to the bottom of a document, etc. 7 agreement, consent, or acceptance expressed by or as if by signing one's name. 8 a signed document, statement, etc. 9 *Chiefly Brit.* the membership dues or fees paid to a society or club. 10 acceptance of a fixed body of articles of faith, doctrines, or principles laid down as universally binding upon all the members of a Church. 11 *Med*. that part of a written prescription directing the pharmacist how to mix and prepare the ingredients: rarely seen today as modern drugs are mostly prepackaged by the manufacturers. 12 an advance order for a new product. **13a** the sale of books, etc., prior to printing. **13b** (*as modifier*): *a subscription edition*. 14 *Archaic*. allegiance; submission. *Abbrev.:* **sub**. ▶ sub'scriptive *adj*

**subscription library** *n* a commercial lending library.

**subscription television** *n* another name for **pay television**.

**subsellium** (sʌb'sɛlɪəm) *n* a rare word for **misericord** (sense 1). [C19: from Latin, from sub- + *sella* seat]

**subsequence** ('sʌbsɪkwəns; *for sense 3* ˌsʌb'siːkwəns) *n* 1 the fact or state of being subsequent. 2 a subsequent incident or occurrence. 3 *Maths*. a sequence derived from a given sequence by selecting certain of its terms and retaining their order. Thus, $<a_2, a_3>$ is a subsequence of $<a_1, a_2, a_3>$, while $<a_3, a_2>$ is not.

**subsequent** ('sʌbsɪkwənt) *adj* occurring after; succeeding. [C15: from Latin *subsequēns* following on, from *subsequī,* from *sub-* near + *sequī* to follow] ▶ 'subsequently *adv* ▶ 'subsequentness *n*

**subsere** ('sʌbˌsɪə) *n* a secondary sere arising when the progress of a sere towards its climax has been interrupted. [C20: sub- + sere]

**subserve** (səb'sɜːv) *vb* (*tr*) 1 to be helpful or useful to. 2 *Obsolete*. to be subordinate to. [C17: from Latin *subservīre* to be subject to, from sub- + *servīre* to serve]

**subservient** (səb'sɜːvɪənt) *adj* 1 obsequious in behaviour or attitude. 2 serving as a means to an end. 3 a less common word for **subordinate** (sense 2). [C17: from Latin *subserviēns* complying with, from *subservīre* to SUBSERVE] ▶ sub'serviently *adv* ▶ sub'servience *or* sub'serviency *n*

**subset** ('sʌbˌsɛt) *n* 1 *Maths*. **1a** a set the members of which are all members of some given class: *A is a subset of B is usually written A⊆B*. **1b** **proper subset**. one that is strictly contained within a larger class and excludes some of its members. *Symbol:* A⊂B. 2 a set within a larger set.

**subshrub** ('sʌbˌʃrʌb) *n* a small bushy plant that is woody except for the tips of the branches. ▶ 'sub'shrubby *adj*

**subside** (səb'saɪd) *vb* (*intr*) 1 to become less loud, excited, violent, etc.; abate. 2 to sink or fall to a lower level. 3 (of the surface of the earth, etc.) to cave in; collapse. 4 (of sediment, etc.) to sink or descend to the bottom; settle. [C17: from Latin *subsīdere* to settle down, from *sub-* down + *sīdere* to settle] ▶ sub'sider *n*

**subsidence** (səb'saɪdəns, 'sʌbsɪdəns) *n* 1 the act or process of subsiding or the condition of having subsided. 2 *Geology*. the gradual sinking of landforms to a lower level as a result of earth movements, mining operations, etc.

**subsidiarity** (səbˌsɪdɪ'ærɪtɪ) *n* 1 (in the Roman Catholic Church) a principle of social doctrine that all social bodies exist for the sake of the individual so that what individuals are able to do, society should not take over, and what small societies can do, larger societies should not take over. 2 (in political systems) the principle of devolving decisions to the lowest practical level.

**subsidiary** (səb'sɪdɪərɪ) *adj* 1 serving to aid or supplement; auxiliary. 2 of lesser importance; subordinate in function. ◆ *n, pl* -aries. 3 a person who or thing that is subsidiary. 4 short for **subsidiary company**. [C16: from Latin *subsidiārius* supporting, from *subsidium* SUBSIDY] ▶ sub'sidiarily *adv* ▶ sub'sidiariness *n*

**subsidiary coin** *n* a coin of denomination smaller than that of the standard monetary unit.