# EXHIBIT G

# back

ADVERB

## ETYMOLOGY

Aphetic for **aback** *adv.*, **Old English** *on bæc* = into or in the rear. Not found before 14th cent.; formerly with comparative *backer*, occasionally *backermore*.

## MEANING & USE

**I.** In a direction to the rear.

**I.1.** *literal.* In the direction of one's back, or the back of any object in question; toward the rear; away from a forward position. Often with the verb (*go*, *come*, etc.) omitted, esp. in the imperative. **back with**: move back with, take or draw back.

a1400–

> *a*1400    Ga, Neyder forth ne ʒeit on back.
> (*a*1325)    *Cursor Mundi* (Göttingen MS.) l. 7525
>
> …
>
> 1860    This current which baffled and beat back this fleet.
>          M. F. Maury, *Physical Geography of Sea* (ed. 8) viii. §378

**I.2.** Away from what is treated as the front; from the actual or ordinary position.

c1500–

| | | |
|---|---|---|
| *c*1500 | To draw the bake fer out of their sight. | |
| | *Blowbols Test.* 404 in W. C. Hazlitt, *Remains of Early Popular Poetry of England* (1864) vol. I. 109 | |
| | … | |
| 1885 | *Mod.* Try to force this bolt back. | |
| | *New English Dictionary* at *Back* | |

**I.3.** Away from an engagement, promise, or undertaking.  **1783–**

| | |
|---|---|
| 1783 | To go back from his word, *Fidem violare*. |
| | *Ainsworth's Thesaurus Linguæ Latinæ* (new edition) at *Back* |
| | … |
| 1885 | *Mod.* I accepted his offer at once, lest he should draw back. |
| | *New English Dictionary* at *Back* |

**I.4.** Into time past, backward in time.  **1711–**

| | |
|---|---|
| 1711 | Able to look back on Youth with Satisfaction. |
| | R. Steele, *Spectator* No. 153. ¶2 |
| | … |
| 1854 | In memory I can go back to a very early age. |
| | A. Jameson, *Book of Th.* (1877) 123 |

**II.** **In the reverse direction.**

**II.5.** *literal.* In the opposite direction in space, so as to return to the place originally left. Often with the verb (*go*, etc.) omitted: cf. I.1.  **a1535–**

| | | |
|---|---|---|
| *a*1535 | To pull him `back` into the voluptuous brode way. | |
| | T. More, *Wks.* (R.) 6 (R.) | |
| | … | |
| 1854 | `Back` came John in rage and fury. | |
| | C. M. Yonge, *Cameos* xxx, in *Monthly Packet* September 170 | |

**II.6.**  In reversal of progress, so as to return to a former condition.  `1535–`

| | |
|---|---|
| 1535 | They wente `backe` to do sacrifice and worshipe vnto straunge goddes. |
| | *Bible* (Coverdale) Jeremiah xliv. 2 |
| | … |
| 1870 | The whole..country fell `back` into heathenism. |
| | E. A. Freeman, *History of Norman Conquest* (ed. 2) vol. I. App. 727 |

**II.7.a.**  In reversal of action or change of any kind, so as to restore former circumstances or relations; formerly expressed by **again** *adv.*, which is still sometimes used, and often added.  `a1616–`

| | |
|---|---|
| *a*1616 | All From me do `backe` receiue the Flowre of all. |
| | W. Shakespeare, *Coriolanus* (1623) i. i. 143 |
| | … |
| 1883 | Has any one among us died..and come `back` to life? |
| | J. Gilmour, *Among Mongols* xvii. 203 |

**II.7.b.**  *elliptical* (= come, received, put, etc., back.) To be back = French *être de retour*.  `1879–`

| | |
|---|---|
| 1879 | My desire to be `back` comfortably in the warm house. |
| | W. G. Ward, *Ess. Philos. Theism* (1884) vol. I. 386 |

| | | |
|---|---|---|
| **1885** | *Mod.* How long have you been back? I must have them back some day. | |
| | *New English Dictionary* at *Back* | |

**II.8.**  In return, requital, repayment, retaliation.     1600–

| | | |
|---|---|---|
| **1600** | What haue I to giue you backe? | |
| | W. Shakespeare, *Much Ado about Nothing* iv. i. 27 | |
| | … | |
| **1885** | *Mod.* Strongly tempted to answer back. | |
| | *New English Dictionary* at *Back* | |

### III.  Of position.

**III.9.**  In a position to the rear, or away from the front; at a point or distance behind.     c1300–

| | | |
|---|---|---|
| *c*1300 | He bad him stonde bac. | |
| | in *Old English Miscellany* 228 | |
| | … | |
| **1885** | *Mod.* The field lies back from the road. I left him back at the second milestone. | |
| | *New English Dictionary* at *Back* | |

**III.10.**  In a state of check to forward motion in space, to progress in condition, to production, exhibition, or declaration.     1535–

**1535**  Dryue forth, and keep me not bak.
*Bible* (Coverdale) 2 Kings iv. 24

…

**1885**  *Mod.* To keep `back` dispatches, main facts, essential particulars. To shade fruit trees, so as to keep the fruit back.
*New English Dictionary* at *Back*

**III.11.**  In time past; ago. Usually following a measure of time.                                              **1797–**

**1797**  Dug up a few years `back` at Buenos Ayres.
R. Southey, *Letters from Spain* x. 171

…

**1885**  *Mod.* Far `back` in the Middle Ages.
*New English Dictionary* at *Back*

**III.12.**  Behind in condition, behind-hand, in arrear.                                                        **1875–**

**1875**  A dinnerless Sunday and a week `back` in their rent.
*Chambers's Journal* No. 133. 66

(finance)

**III.13.**  U.S. *slang*. Served (and drunk) alongside or together with an alcoholic drink.                   **1976–**

**1976**  Doheny drank Crown Royal straight with water `back`.
M. Machlin, *Pipeline* xxxiv. 382

**1978**  Somebody has to figure out why drinkers who used to order 'soda on the side' now say soda `back`, and why whiskey 'straight' has to be ordered straight up rather than neat.
*New York Times Magazine* 23 July 23/4

drink   U.S. English   colloquial and slang

IV. *Phrases.*

IV.14.   †**back and fore** (archaic or dialect), **back and forth**, **back and forward**: backwards and forwards, to and fro. Also as *attributive* phr.  　1613–

> 1613   Lengthning the time by..vnnecessarie turnings, backe and forth.
> T. Jackson, *Eternall Truth of Scriptures* i. 196
>
> …
>
> 1962   Both dangers can be avoided if there is enough back-and-forth traffic of ideas, information, and influence.
> *Listener* 1 March 377/1

IV.15.   **back of**: back from, behind. (Esp. in U.S.). Cf. *in back of* at **back** *n.*[1] VI.23g.  　1694–

> 1694   We Ranged on Ackoquane and so back of the Inhabitants and ye So[u]th.
> in *Calendar of Virginia State Papers* (1875) vol. I. 44
>
> …
>
> 1953   No one could live there, back of the railways, down by the canal.
> M. Laski, *Victorian Chaise Longue* 21

## Additional sense (2004)

**back in the day** (occasionally **days**): (esp. in African American use) in the past; some time ago.  　1986–

**1986**   Back in the day There was this girl around the way.
'Beastie Boys', *Girls* (transcript of song) in *odin.prohosting.com/bboylyr* (O.E.D. Archive)

…

**2003**   One drunken night when your buddies from 'back in the day' called me a ho.
E. McLaughlin & N. Kraus, *Nanny Diaries* iii. 73

## PRONUNCIATION

**BRITISH ENGLISH**   **U.S. ENGLISH**

/bak/ ▶   /bæk/ ▶

## FREQUENCY

*back* is one of the 500 most common words in modern written English. It is similar in frequency to words like *level*, *new*, *place*, *power*, and *result*.

It typically occurs about 400 times per million words in modern written English.

*back* is in frequency band 7, which contains words occurring between 100 and 1,000 times per million words in modern written English. More about OED's frequency bands

### Frequency of *back, adv.*, 1750–2010



\* Occurrences per million words in written English

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on a corpus of several million books printed in English between 1500 and 2010. The Ngrams data has been cross-checked against frequency measures from other corpora, and re-analysed in order to handle homographs and other ambiguities.

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

## Frequency of *back, adv.*, 2017–2023



\* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from 2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

## COMPOUNDS & DERIVED WORDS

Sort by   Date (oldest first)

**backbite, v.**   c1175–

To detract from the character of, to slander, traduce, speak ill of. A person absent.

**backwater, n.**   a1387–

A piece of water without current, lying more or less parallel to a river, and fed from it at the lower end by a back-flow.

**back, adj.** c1450–

Situated behind or in the rear, or away from the front.

**backfriend, n.** 1472–

(dialect) A hangnail.

**backfaller, n.** 1545

One who falls back (figurative), a renegade.

**drawback, n. & adj.** 1565–

A feature that makes something less attractive or advantageous; a disadvantage or problem.

**backset, v.** 1574–

(In U.S.) To re-plough in the autumn prairie-land ploughed for the first time in the spring.

**backslide, v.** 1581–

To slide back, in a figurative sense; to fall away from attained excellence, esp. of religious faith and practice; to relapse.

**pullback, n. & adj.** 1584–

Something which pulls a person back; something which opposes progress or action; a retarding or hindering influence; a check, a setback. Cf…

**back-cast, adj.** a1586–

Cast or thrown backwards.

**afoot-back, adv.** 1592–1652

On foot.

**paying back, n.** 1598–

The action of repaying something; an instance of this.

**back-racket, n.** 1608–38

The return of a ball in tennis; figurative a counter-charge, 'tu quoque'.

**back-stitch, n.** 1611–

A method of sewing in which, for every new stitch, the needle enters behind, and comes out in front of, the end of the previous one.

**backstay, n.**  1626–

Nautical (often plural). Long ropes, slanting a little abaft, extending from the upper mast-heads to both sides or to the 'channels' of the ship…

**back-bond, n.**  a1645–

A document by which a party receiving or holding a title, ex facie absolute, acknowledges that he or she really holds in trust for a specified…

**back-hand, n. & adj.**  1657–

The hand turned backwards in making a stroke, as (at Tennis) in taking balls at the left hand, by stretching the right across the body, hence the…

**backstroke, n.**  1674–

A back-handed stroke.

**backfall, n.**  1676–

A fall or throw on the back in wrestling. Often figurative.

**back-speir, v.**  a1689–

To re-examine, cross-examine. back-speirer n. cross-examiner.

**put-back, n.**  a1697–

Basketball. A basket scored on the rebound by a member of the attacking team.

**skew-back, n.**  1700–

Architecture. The springing-line of an arch; the sloping surface on which either extremity of an arch rests; a course of stone or brickwork, an iron…

**backgame, n.**  1718–

backgammon, n.; a 'game' at backgammon.

**payback, n.**  1718–

Something (esp. a sum of money) repaid, or given in exchange for a service, favour, etc.; reward, return. Now chiefly: the return on an investment…

**back-set, n.**   1722–

A setting back; a reverse, check, relapse. (Of Scottish origin.)

**fallback, adj. & n.**   1760–

North American. Of a carriage, chaise, etc.: having a back which can be let down. Now historical.

**backwash, v.**   1775–

To affect with backwash (a boat e.g., with that from the oars of a boat in front).

**backcast, n.**   1818–

A throw back; a reverse.

**spring-back, n.²**   1823–

The capacity to spring back into position after subjection to force or pressure.

**pitch-back, adj.**   1825–

Designating a type of waterwheel in which the incoming supply of water falls on to the paddles or buckets of the wheel from above the axle and on the…

**callback, n.**   1839–

Originally U.S. An invitation to return for a second or subsequent audition; (also) an audition of this type.

**back East, adv. & n.**   1844–

In or to the eastern part of the United States or Canada (esp. the coastal regions) from the west. Cf. out West, adv.

**backsight, n.**   1847–

The sight of a rifle nearer the stock.

**outback, adv., adj., & n.**   1852–

Originally and chiefly North American. Outside at the back of a house or other building; in or into the back garden or back yard.

**rollback, adj. & n.**   1853–

Originally U.S. A reduction, a decrease; esp. a reduction of prices, taxes, etc., to a previous level. Cf. to roll back 3 at roll, v.² phrasal verbs…

**way back, adv., adj., & n.**   1853–

Far away; far to the back; spec. in a remote rural area. from wayback: from a remote rural area.

**back-furrow, v.**   1855–

transitive and intransitive. To plough (land) so that a second furrow-slice is laid against the face of the first by ploughing in the reverse…

**backdated, adj.**   1858–

That has been given an earlier date. (a) (Of a document, record, etc.) assigned to or bearing a date that is earlier than the actual date of issue…

**back-slang, n.**   1860–

A kind of slang in which every word is pronounced backwards; as ynnep for penny.

**switchback, adj. & n.**   1863–

(a) Applied to a form of railway used on steep slopes, consisting of a zigzag series of lines connected by switches, at each of which the train or…

**screw back, n.**   1869–

Spin imparted to the cue ball by a player in striking it with the cue below the centre, causing it to move backwards after hitting the object ball…

**blowback, n. & adj.**   1873–

figurative. Adverse consequences or repercussions of a political situation, action, or decision, especially when unforeseen; also as a count noun.

**talkback, n.**   1873–

Two-way communication by loudspeaker, usually to facilitate one person giving instructions to another; spec. such communication between a recording…

**backwash, n.**   1876–

The motion of a receding wave; a backward current. Also transferred and figurative.

**answer-back, n.** 1883–

A (typically automated) response to a transmitted message confirming receipt of the message and identifying the device which has received it; a…

**knockback, n.** 1884–

A refusal; a rebuff.

**touchback, n.** 1884–

The action or fact of a team being awarded possession of the ball at a specific point on the field (now usually its own 20-yard line) resulting from…

**back-pedalling, n.** 1887–

Cycling. The action of pressing down upon the pedal as it rises, in order to check the movement of the wheel. Also attributive.

**passback, n.** 1887–

American Football. A backward pass from the centre to put the ball in play; = snap-back, n. 1b.

**snap-back, n.** 1887–

American Football and Canadian Football. A centre player; the centre-rusher. ? Obsolete.

**fly-back, n.** 1888–

(a) The return of the scanning spot in a cathode-ray tube to the starting point after the end of a line or frame. Frequently attributive. (b) The…

**backfiring, n.** 1889–

North American. The action of backfire, v. 1.

**back-mark, v.** 1890–

transitive. To put (a competitor) back at the start of a race. Hence, to leave far behind in a contest.

**runback, n.** 1891–

Tennis. The additional space behind the baseline at either end of the court.

**back-along, adv.** 1892–

Back, in direction or time. Cf. along back at along, adj.² & prep. & adv. phrases P.2.

**back o' Bourke, n., adj., & adv.**   1897–

Chiefly with the. A remote and sparsely populated inland area of Australia; the back of beyond.

**back to the land, n.**   1899–

A catchphrase applied to schemes for turning some of the dwellers in crowded cities into rural settlers.

**back-wind, v.**   1899–

To be taken, or cause to be taken, aback.

**buyback, n.**   1900–

The buying-back or repurchase of something by the original owner or vendor, often by contractual agreement; (later also) the mandatory or voluntary…

**push-back, adj. & n.**   1901–

gen. An act of pushing something back; an instance of being pushed back.

**money-back, adj.**   1914–

Designating a system, agreement, etc., established by a manufacturer or retailer whereby a customer receives a refund if the goods or services…

**back-to-nature, adj.**   1915–

Chiefly attributive. Designating a movement or enthusiast for reversion to a simpler way of life. Cf. return to nature n. at return, n. phrases P.4.

**netback, n. & adj.**   1917–

A means of setting (discounted) crude oil prices by deducting the processing and transportation costs from the gross value of the refined products…

**feedback, n.**   1920–

The return of a fraction of the output signal from one stage of a circuit, amplifier, etc., to the input of the same or a preceding stage (see also…

**ploughing-back, n.**   1924–

The action of 'ploughing' money back in to a business, industry, etc.; the reinvestment of income or profit in the enterprise which produced it. Cf…

**slap-back, n.**   1931–

A counter-attack, retaliation.

**back scattering, n.**   1940–

The scattering of radiation in a reverse direction from an irradiated substance.

**bounceback, n.**   1940–

A rapid recovery, esp. after a period of decline; a rebound. Frequently attributive.

**back-and-forth, n.**   1941–

An exchange (of words, views, etc.); reciprocity, give-and-take.

**backdate, v.**   1946–

transitive. To affix or assign a date earlier than the actual one to (a document, book, event, etc.); to render an enactment, agreement, etc., valid…

**lease-back, n.**   1947–

In full, sale and lease-back. The sale of a property, etc., to a purchaser on the understanding that the vendor may take out a lease on the property…

**add-back, n.**   1954–

Adjustment of net income through addition or deduction of items not affecting working capital; an item thus added or deducted.

**spinback, n.**   1981–

Originally as a technique in hip-hop music: an act of spinning a record back by hand, without lifting the stylus, in order to play a (section of) a…

**dragback, n.**   1984–

A move in which a player rolls the ball backwards, using the sole of the foot, typically in order to change direction and move past an opposing…

**fax-back, n.**   1988–

A service that can fax a document automatically on request, in response to the fax number (and sometimes other details) being entered into a database…

**back-, comb. form**
With present participle, forming adjectives, as back-wounding, back-slapping, adj. & n.

**backermore, adv.**
Farther back; more to the rear.



About OED

Historical Thesaurus

Editorial policy

Updates

Institutional Account management

Accessibility

Contact us

Upcoming events

Case studies

Media Enquiries

How to use the OED

Purchasing

Help with access

World Englishes

Contribute

Oxford University Press

Oxford Languages

Oxford Academic

Oxford Dictionary of National Biography

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide

Cookie policy    Privacy policy    Legal notice

Copyright © 2023 Oxford University Press