Case 1:22-cv-00496-RGA   Document 152   Filed 01/27/25   Page 1 of 3 PageID #: 4632

Case 1:22-cv-00496-RGA   Document 152   Filed 01/27/25   Page 1 of 3 PageID #: 4632

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, <br><br> Plaintiffs, <br><br> v. <br><br> DELL TECHNOLOGIES INC. and DELL INC., <br><br> Defendants. | C.A. No. 22-496 (RGA) <br><br> **JURY TRIAL DEMANDED** |
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-497 (RGA) <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

WHEREAS, Plaintiffs Corrigent Corporation and Nahum Communications N.T.B. LTD (collectively, "Plaintiffs") and Defendants Dell Technologies Inc., Dell Inc., and Arista Networks, Inc. (collectively, "Defendants") met and conferred, and have agreed, subject to the approval and Order of the Court, to extend certain deadlines in these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the below expert discovery deadlines are modified as follows:

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Rebuttal Expert Reports | January 24, 2025 | January 31, 2025 |
| Reply Expert Reports | February 7, 2025 | February 21, 2025 |
| Expert Discovery Cutoff | February 21, 2025 | March 7, 2025 |
| Case Dispositive Motions | March 7, 2025 | March 21, 2025 |
| Answering Case Dispositive Briefs | March 28, 2025 | April 18, 2025 |
| Case Dispositive Reply Briefs | April 11, 2025 | May 2, 2025 |

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendants
Dell Technologies Inc. and Dell Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendant Arista Networks, Inc.*

SO ORDERED this __27__ day of __January__, 2025.

/s/ Richard G. Andrews
_____
United States District Judge