IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD,<br><br>Plaintiffs,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>Defendants. | C.A. No. 22-496 (RGA)<br><br>**JURY TRIAL DEMANDED** |
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD,<br><br>Plaintiffs,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | C.A. No. 22-497 (RGA)<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

WHEREAS, Plaintiffs Corrigent Corporation and Nahum Communications N.T.B. LTD (collectively, "Plaintiffs") and Defendants Dell Technologies Inc., Dell Inc., and Arista Networks, Inc. (collectively, "Defendants") met and conferred, and have agreed, subject to the approval and Order of the Court, to extend certain deadlines in these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the below case deadlines shall be modified as follows:

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Reply Expert Reports | February 21, 2025 | February 28, 2025 |
| Expert Discovery Cutoff | March 7, 2025 | March 21, 2025 |
| Case Dispositive Motions | March 21, 2025 | April 11, 2025 |

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Answering Case Dispositive Briefs | April 18, 2025 | May 2, 2025 |
| Case Dispositive Reply Briefs | May 2, 2025 | May 16, 2025 |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendants*
*Dell Technologies Inc. and Dell Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com

*Attorneys for Defendant Arista Networks, Inc.*

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge