IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, <br><br> Plaintiffs, <br><br> v. <br><br> DELL TECHNOLOGIES INC. and DELL INC., <br><br> Defendants. | C.A. No. 22-496 (RGA) <br><br> **JURY TRIAL DEMANDED** |
| CORRIGENT CORPORATION and NAHUM COMMUNICATIONS N.T.B. LTD, <br><br> Plaintiffs, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-497 (RGA) <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

WHEREAS, Corrigent Corporation and Nahum Communications N.T.B. LTD (collectively, "Plaintiffs") and Dell Technologies Inc., Dell Inc., and Arista Networks, Inc. (collectively, "Defendants") met and conferred, and have agreed, subject to the approval and Order of the Court, to extend certain deadlines in these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the below deadlines shall be modified as follows:

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Case Dispositive Motions | April 11, 2025 | April 16, 2025 |
| Answering Case Dispositive Briefs | May 2, 2025 | May 7, 2025 |
| Case Dispositive Reply Briefs | May 16, 2025 | May 21, 2025 |

1

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Andrew C. May* | */s/ Jeremy A. Tigan* |
| Andrew C. Mayo (#5207) | Jack B. Blumenfeld (#1014) |
| 500 Delaware Avenue, 8th Floor | Jeremy A. Tigan (#5239) |
| P.O. Box 1150 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| (302) 654-1888 | Wilmington, DE 19899 |
| amayo@ashbygeddes.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiffs* | jtigan@morrisnichols.com |

*Attorneys for Defendants*
*Dell Technologies Inc. and Dell Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant Arista Networks, Inc.*

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge